█ In the Matter of TANVEER L., a Child Alleged to be Neglected. VIKRAM L., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [1 NYS3d 814]—

Order of disposition, Family Court, New York County (Jane Pearl, J.), entered on or about March 7, 2014, which, to the extent appealed from as limited by the briefs, brings up for review a fact-finding determination, same court and Judge, entered on or about December 12, 2013, that respondent father

neglected the subject child by reason of domestic violence against nonparty mother, unanimously affirmed, without costs.

The court properly found that petitioner sustained its burden of demonstrating by a preponderance of the evidence that the father engaged in domestic violence against the mother in the child's presence and that this conduct was detrimental to the child's physical and emotional health (*see Nicholson v Scoppetta*, 3 NY3d 357, 368-369 [2004]). The court's credibility determination with respect to the conflicting testimony of the parents is entitled to deference (*see Matter of Irene O.*, 38 NY2d 776 [1975]). Concur—Friedman, J.P., Sweeny, Saxe and Clark, JJ.